[No. 30140-7-II; 30210-1-II.  Division Two.  December 7, 2004.]

CARLA BOSWELL, *Respondent*, v. STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce
County, No. 02-2-14103-5, Rosanne Buckner, J., entered
August 26, 2003. *Affirmed in part* and *reversed in part* by
unpublished opinion per Van Deren, J., concurred in by
Armstrong and Hunt, JJ.

[No. 30517-8-II.  Division Two.  December 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
CHRISTOPHER HALE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 03-1-00620-3, Barbara D. Johnson, J., entered
June 13, 2003. *Affirmed* by unpublished opinion per Van
Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 30659-0-II.  Division Two.  December 7, 2004.]

JANICE P. THOMPSON, *Appellant*, v. DOUGLAS O. WHITLOCK,
*Appellant*, RANDOLPH L. JOHNSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark
County, No. 00-2-03715-9, John F. Nichols, J., entered June
18, 2003. *Affirmed* by unpublished opinion per Quinn-
Brintnall, C.J., concurred in by Houghton and Bridgewater,
JJ.

[No. 30753-7-II.  Division Two.  December 7, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LAVERNE
HESSNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 03-1-01365-1, D. Gary Steiner, J., entered
August 20, 2003. *Affirmed* by unpublished opinion per
Armstrong, J., concurred in by Morgan, A.C.J., and Van
Deren, J.